JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE CABRERA-HUATO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN J. DOERER,<br><br>　　　　　Respondent. | Case No. 2:24-cv-02892-SSS-JC<br><br>**JUDGMENT** |

Pursuant to this Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the "Emergency Petition for Release Pursuant to 28 U.S.C. § 2241" ("Petition") is **DENIED** and the Petition and this action are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: August 9, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　　　United States District Judge

-1-